## Commonwealth *v.* Wright, Appellant.

Argued March 22, 1973.

*Henry J. Lotto,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Linda West Conley* and *James T. Ranney,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Cooperberg et vir., Appellants, *v.* Eshelman.

Argued March 26, 1973. *David Kanner,* with him *H. David Spirt,* for appellants; *Earl T. Britt,* with him *Duane, Morris & Heckscher,* for appellees.

Judgment affirmed.